# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ELECTRONIC DEVICES LOCATED AT HOMELAND SECURITY INVESTIGATIONS, 275 CHESTNUT STREET, MANCHESTER, NEW HAMPSHIRE | ) ) ) ) ) ) ) Case No. 1:20-mj-95-01-AJ |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____ District of __New Hampshire__, there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | Production and Attempted Production of Child Pornography |
| 18 USA 2252(a)(4)(B) | Possession of Child Pornography |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Shawn Serra
*Applicant's signature*

Special Agent Shawn Serra, DHS-ICE-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: 05/15/2020

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:20-mj- 95-AJ | Date and time warrant executed: 5/15/2020  1530 hrs | Copy of warrant and inventory left with: the court |

Inventory made in the presence of: SHAWN SERRA

Inventory of the property taken and name(s) of any person(s) seized:

- electronic devices located at the HSI office, 275 Chestnut St, Manchester, NH

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/15/2020

_Executing officer's signature_

Robert Josef, CFA
_Printed name and title_